FILED
JAN 2 8 2008
1-28-2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

MHK

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ROGER L. RILEY,<br><br>        Plaintiff,<br><br>v.<br><br>U.S. REMODELERS, INC. (incorrectly named as U.S. Home Systems d/b/a U.S. Home Remodelers),<br><br>        Defendant. | 08CV609<br>JUDGE KENNELLY<br>MAGISTRATE JUDGE KEYS |

## NOTICE OF REMOVAL

Defendant U.S. Remodelers, Inc. ("Defendant"), by and through its attorneys, Littler Mendelson, A Professional Corporation, and pursuant to 28 U.S.C. §§ 1332 and 1441 and Local Rule 81(c) of the United States District Court for the Northern District of Illinois, hereby files this Notice of Removal of the above-captioned action to the United States District Court for the Northern District of Illinois, Eastern Division, where the action is now pending. This removal is based upon the existence of diversity jurisdiction. 28 U.S.C. §§ 1332, 1441. In support of its Notice of Removal, Defendant respectfully submits the following to the Court:

1.     On or about December 28, 2007, Plaintiff Roger L. Riley ("Plaintiff") filed a lawsuit in the Circuit Court of Cook County, Illinois, Law Division, entitled Roger L. Riley v. U.S. Home Systems d/b/a U.S. Home Remodelers, Civil Action No. 2007L013460. Pursuant to 28 U.S.C. § 1446(a), Defendant has attached as Exhibit A hereto a copy of the Summons and Complaint. The Complaint contains one count seeking damages for retaliatory discharge.

2.     The Complaint was served upon Defendant on December 28, 2007. A copy of the Summons and Complaint that was served on Defendant is attached as Exhibit A. Other than the

initial Complaint served on Defendant, no other pleadings have been filed in this matter.

3. This Notice of Removal is timely filed pursuant to 28 U.S.C. § 1446(b), as it was filed within thirty (30) days of receipt of the Complaint by Defendant.

4. This Court has original jurisdiction over this matter pursuant to 28 U.S.C. § 1332.

5. Plaintiff is a citizen of the State of Illinois. (see Complaint, provided in Exhibit A) and Defendant's place of incorporation is the State of Delaware and its principal place of business is the State of Texas.

6. The amount in controversy in this case is more than $75,000.00. In his Complaint, Plaintiff claims damages of $90,000 (See Complaint).

7. The requirements of 28 U.S.C. § 1332(a) have been met in that it is a civil action between citizens of different states, and the amount in controversy is in excess of $75,000. Accordingly, this Court has jurisdiction pursuant to 28 U.S.C. §§ 1332 and 1441(a).

8. As required by 28 U.S.C. § 1446(d), Defendant has provided written notice of filing of the Notice of Removal to Plaintiff, who is proceeding in this matter pro se, and will promptly file a copy of this Notice of Removal with the Clerk of the Circuit Court of Cook County. (See Exhibit B).

## CONCLUSION

WHEREFORE, pursuant to 28 U.S.C. §§1332 and 1441, Defendant U.S. Remodelers, Inc., respectfully removes the above-captioned case from the Circuit Court of Cook County to the United States District Court for the Northern District of Illinois, Eastern Division.

Respectfully submitted,

_____
Syeda H. Maghrabi

Adam C. Wit (06230538)
Syeda H. Maghrabi (6290109)
LITTLER MENDELSON
A Professional Corporation
200 N. LaSalle Street
Suite 2900
Chicago, IL 60601
312.372.5520

Dated: January 28, 2008

## CERTIFICATE OF SERVICE

I, Syeda H. Maghrabi, an attorney, certify that I served the attorney of record named below with a copy of **Defendant U.S. Remodelers, Inc.'s Notice of Removal to Federal Court** via U.S. Postal Service on January 28, 2008:

> Roger L. Riley
> P.O. Box 1231
> Streamwood, IL 60107

_____
Syeda H. Maghrabi

Firmwide:84079666.1 058012.1002

# EXHIBIT A

| | | |
|---|---|---|
| 2120 - Served | 2121 - Served | |
| 2220 - Not Served | 2221 - Not Served | |
| 2320 - Served By Mail | 2321 - Served By Mail | |
| 2420 - Served By Publication | 2421 - Served By Publication | |
| SUMMONS | ALIAS - SUMMONS | CCG N001-75M-2/28/05 (43480658) |

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
### COUNTY DEPARTMENT, _____ DIVISION

(Name all parties)

Roger L. Riley

No. 2007L013460
CALENDAR/ROOM U
TIME 00:00
Retaliatory Discharge

v.

US Home Systems d/b/a US Home Remodelers,
1884 S Elmhurst Rd
Mt Prospect, IL 60056

**SUMMONS**

To each Defendant:

YOU ARE SUMMONED and required to file an answer to the complaint in this case, a copy of which is hereto attached, or otherwise file your appearance, and pay the required fee, in the Office of the Clerk of this Court at the following location:

☑ Richard J. Daley Center, 50 W. Washington, Room _____, Chicago, Illinois 60602

☐ District 2 - Skokie
5600 Old Orchard Rd.
Skokie, IL 60077

☐ District 3 - Rolling Meadows
2121 Euclid
Rolling Meadows, IL 60008

☐ District 4 - Maywood
1500 Maybrook Ave.
Maywood, IL 60153

☐ District 5 - Bridgeview
10220 S. 76th Ave.
Bridgeview, IL 60455

☐ District 6 - Markham
16501 S. Kedzie Pkwy.
Markham, IL 60426

☐ Child Support
28 North Clark St., Room 200
Chicago, Illinois 60602

You must file within 30 days after service of this Summons, not counting the day of service.
IF YOU FAIL TO DO SO, A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE RELIEF REQUESTED IN THE COMPLAINT.

To the officer:

This Summons must be returned by the officer or other person to whom it was given for service, with endorsement of service and fees, if any, immediately after service. If service cannot be made, this Summons shall be returned so endorsed. This Summons may not be served later than 30 days after its date.

Atty. No.: 99500
Name: Roger L. Riley
Atty. for:
Address: POB 1331
City/State/Zip: Streamwood, IL 60107
Telephone: 630-965-1672

WITNESS, DEC 2007

Clerk of Court

Date of service: _____
(To be inserted by officer on copy left with defendant or other person)

Service by Facsimile Transmission will be accepted at: _____
(Area Code) (Facsimile Telephone Number)

**DOROTHY BROWN, CLERK OF THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS**

| | | |
|---|---|---|
| 2120 - Served | 2121 - Served | |
| 2220 - Not Served | 2221 - Not Served | |
| 2320 - Served By Mail | 2321 - Served By Mail | |
| 2420 - Served By Publication | 2421 - Served By Publication | |
| SUMMONS | ALIAS - SUMMONS | CCG N001-75M-2/28/05 (43480658) |

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
## COUNTY DEPARTMENT, _____ DIVISION

(Name all parties)

_Roger L. Riley_

v.

_US Home Systems d/b/a US Home Remodelers_
_1884 S. Elmhurst Rd_
_Mt Prospect, IL 60056_

2007L013460
CALENDAR/ROOM U
TIME 00:00
Retaliatory Discharg

No. _____

**SUMMONS**

**To each Defendant:**

YOU ARE SUMMONED and required to file an answer to the complaint in this case, a copy of which is hereto attached, or otherwise file your appearance, and pay the required fee, in the Office of the Clerk of this Court at the following location:

☑ Richard J. Daley Center, 50 W. Washington, Room _____, Chicago, Illinois 60602

☐ District 2 - Skokie
5600 Old Orchard Rd.
Skokie, IL 60077

☐ District 3 - Rolling Meadows
2121 Euclid
Rolling Meadows, IL 60008

☐ District 4 - Maywood
1500 Maybrook Ave.
Maywood, IL 60153

☐ District 5 - Bridgeview
10220 S. 76th Ave.
Bridgeview, IL 60455

☐ District 6 - Markham
16501 S. Kedzie Pkwy.
Markham, IL 60426

☐ Child Support
28 North Clark St., Room 200
Chicago, Illinois 60602

You must file within 30 days after service of this Summons, not counting the day of service.
**IF YOU FAIL TO DO SO, A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE RELIEF REQUESTED IN THE COMPLAINT.**

**To the officer:**

This Summons must be returned by the officer or other person to whom it was given for service, with endorsement of service and fees, if any, immediately after service. If service cannot be made, this Summons shall be returned so endorsed. This Summons may not be served later than 30 days after its date.

Atty. No.: _99500_
Name: _Roger L. Riley_
Atty. for: _____
Address: _PO B 1231_
City/State/Zip: _Streamwood, IL 60107_
Telephone: _630-965-1672_

WITNESS, _DEC 0 3 2007_

_____ Clerk of Court

Date of service: _____
(To be inserted by officer on copy left with defendant or other person)

Service by Facsimile Transmission will be accepted at: _____
(Area Code) (Facsimile Telephone Number)

**DOROTHY BROWN, CLERK OF THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS**

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

| | |
|---|---|
| ROGER L. RILEY, | ) Case No.: |
| Plaintiff, | ) |
| | ) 2007L013460 |
| vs. | ) Amount Claimed: $90,000.00   CALENDAR/ROOM U |
| | ) TIME 00:00 |
| US HOME SYSTEMS, d/b/a US HOME | ) Retaliatory Dischar |
| REMODELERS, | ) |
| Defendant | ) |

## COMPLAINT

NOW COMES the Plaintiff, ROGER L. RILEY, complaining against the Defendant, and alleging as follows:

### PRELIMINARY STATEMENT

This is an action for actual and statutory damages for violations of written company policies causing a Wrongful Termination;

1. Jurisdiction arises under the Standard Work Performance found in the company's policy under Disciplinary Level;
2. Plaintiff, ROGER L. RILEY, is an individual who was at all relevant times an employee of US Home Systems residing in the City of Bartlett, State of Illinois;
3. At all relevant times herein, the Defendant, US HOME SYSTEMS, acted as an employer and residential contractor that has its principal place of business located in the City of Lewisville, State of Texas and one of its many affiliated sites located in the City of Mount Prospect, State of Illinois;

### ALLEGATIONS

4. On August 18, 2007, Plaintiff was hired by Defendant in the position of Sales Rep to earn a salary of $80-$90,000 a year;
5. At that time, Plaintiff was provided with on the job and classroom training for 3 weeks;
6. Approximately one week later from the Plaintiff's contract sales, the Defendant jeopardized the contents of the contracts by making unnecessary changes which resulted in non-performance of its (contract) fulfillment which affected 2 contracts;
7. The Defendant also withheld the full commission of sales completed by the Plaintiff;
8. And began to make harassing allegations in reference to all work completed by Plaintiff;
9. On September 26, 2007, Plaintiff filed a Complaint of Discrimination with the Illinois Department of Human Rights against the Defendant;

10. Defendant gave a Performance correction Notice stating a final Written Warning to the Plaintiff on October 25, 2007

11. The Defendants representatives, Jon Gilge and David Gross informed Plaintiff that he would not receive any leads as of October 26, 2007 until he attended a second (2nd) Training Session began November 5, 2007 at the pay rate of $7.50 an hour;

12. On November 2, 2007, the Defendant called Plaintiff to question why leads that were e-mailed had not been provided a Sales Presentation;

13. Plaintiff received a telephone call from Defendant requesting the removal of the Discrimination Complaint in order to receive a full commission for all sales and any other pay;

14. And on November 5, 2007, Plaintiff filed another Complaint with the Illinois Department of Human Rights for Harassment charges against the Defendant;

15. On November 20, 2007 Defendant e-mailed Plaintiff that he was terminated as of November 16th because of his refusal to withdraw the Discrimination Complaint;

16. The Defendant violated their own company policy in one or more of the following ways:
    a. Failing to follow standard procedure based upon the Level of Discipline initiated;
    b. Failure to accurately document any levels of Discipline, if/when administered;
    c. Failure to provide a Method of Correction and/or state any Action(s) to be taken for repeated offenses;

17. As a result of the Defendant's violations as aforesaid the Plaintiff has suffered and continues to suffer a substantial financial loss, personal humiliation, harassment, mental anguish and emotional distress.

18. Plaintiff demands trial by jury on all issues so triable.

### PRAYER FOR RELIEF

WHEREFORE, Plaintiff seeks judgment in Plaintiff's favor and damages against the Defendants, based on the following requested relief:

    a. Actual damages;
    b. Statutory damages;
    c. Punitive damages;
    d. Costs and reasonable attorney's fees pursuant to State Law;
    e. An order directing that Defendant pay all compensation due to Plaintiff for commissions owed;
    f. An order directing that Defendant remove all negative correspondence from Plaintiff's personnel file except those relevant for hiring purposes;

g. Such other and further relief as may be necessary, just and proper.

Respectfully Submitted,

ROGER L. RILEY

Pro Se 99500

POB 1231

Streamwood, IL 60107

630-965-1672

# EXHIBIT B

IN THE CIRCUIT COURT OF COOK COUNTY
ILLINOIS COUNTY DEPARTMENT, LAW DIVISION

| | |
|---|---|
| ROGER L. RILEY,<br><br>       Plaintiff,<br><br>v.<br><br>U.S. REMODELERS, INC. (incorrectly named as U.S. Home Systems d/b/a U.S. Home Remodelers),<br><br>       Defendant. | No. 2007 L 013460 |

### DEFENDANT U.S. REMODELERS, INC.'S
### NOTICE OF FILING REMOVAL TO FEDERAL COURT

To:   Clerk of the Circuit Court
      Richard J. Daley Center
      50 West Washington Street
      Chicago, IL 60602

      and

      Roger L. Riley
      P.O. Box 1231
      Streamwood, IL 60107

PLEASE TAKE NOTICE THAT Defendant U.S. Remodelers, Inc. filed its Notice of Removal on January 28, 2008, a copy of which is attached hereto as Exhibit 1, in the office of Clerk of the United States District Court, Northern District of Illinois, Eastern Division, in accordance with 28 U.S.C. § 1441(a).

PLEASE TAKE FURTHER NOTICE that the filing of Defendant's Notice of Removal in federal court, together with the filing of a copy of Defendant's Notice of Removal with the clerk of the above-entitled court, effect the removal of this action in accordance with 28 U.S.C. §1446(d).

-2-

Respectfully submitted,

_____
/ Syeda H. Maghrabi

Adam C. Wit (06230538)
Syeda H. Maghrabi (6290109)
LITTLER MENDELSON
A Professional Corporation
200 N. LaSalle Street
Suite 2900
Chicago, IL  60601
312.372.5520
Firm I.D. 34950

Dated: January 28, 2008

## CERTIFICATE OF SERVICE

I, Syeda H. Maghrabi, an attorney, certify that I served the attorney of record named below with a copy of **Defendant U.S. Remodeler's Notice of Filing Removal to Federal Court** via U.S. Postal Service on January 28, 2008:

> Roger L. Riley
> P.O. Box 1231
> Streamwood, IL 60107

_____
Syeda H. Maghrabi

Firmwide:84079672.1 058012.1002