IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ROGER L. RILEY,<br><br>  Plaintiff,<br><br>v.<br><br>U.S. REMODELERS, INC. (incorrectly named as U.S. Home Systems d/b/a U.S. Home Remodelers),<br><br>  Defendant. | 08CV609<br>JUDGE KENNELLY<br>MAGISTRATE JUDGE KEYS |

FILED
JAN 2 8 2008
1-28-2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

## U.S. REMODELERS, INC.'S NOTIFICATION OF AFFILIATES DISCLOSURE STATEMENT

1.  Is said party a subsidiary or affiliate of a publicly owned corporation?

    YES __X__          NO _____

    U.S. Remodelers, Inc. is a wholly owned subsidiary of U.S. Home Systems, Inc.,

a Delaware corporation.

2.  Is there a publicly owned corporation that owns 10% or more of the party's stock?

    YES __X__          NO _____

    U.S. Home Systems, Inc. owns 100% of the stock of U.S. Remodelers, Inc.

-2-

Respectfully submitted,

_____
Syeda H. Maghrabi

Adam C. Wit (06230538)
Syeda H. Maghrabi (6290109)
LITTLER MENDELSON
A Professional Corporation
200 N. LaSalle St., Suite 2900
Chicago, IL 60601
312.372.5520

Dated: January 28, 2008

## CERTIFICATE OF SERVICE

I, Syeda H. Maghrabi , an attorney, certify that I served the attorney of record named below with a copy of **Defendant U.S. Remodeler's Notification of Affiliates Disclosure Statement** via U.S. Postal Service on January 28, 2008:

> Roger L. Riley
> P.O. Box 1231
> Streamwood, IL 60107

_____
Syeda H. Maghrabi

Firmwide:84079669.1 058012.1002