IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **ROGER L. RILEY,**<br><br>        Plaintiff,<br><br>    v.<br><br>**U.S. REMODELERS, INC. (incorrectly named as U.S. Home Systems d/b/a U.S. Home Remodelers),**<br><br>        Defendant. | No. 08 C 0609<br><br>Judge Matthew F. Kennelly<br>Magistrate Judge Arlander Keys |

### NOTICE OF MOTION

To:    Roger L. Riley
         P.O. Box 1231
         Streamwood, IL 60107

      **PLEASE TAKE NOTICE** that on **Tuesday, February 12, 2008 at 9:30 a.m.** or as soon thereafter as counsel may be heard, the undersigned shall appear before the Honorable Judge Kennelly, in Room 2103 of the United States District Court for the Northern District of Illinois, Eastern Division, Chicago, Illinois, and then and there present Defendants' Motion to Dismiss Plaintiff's Complaint.

                                                                         U.S. REMODELERS, INC. (incorrectly named as U.S. Home Systems d/b/a U.S. Home Remodelers)

                                                                   By:      s/Syeda H. Maghrabi
                                                                              Syeda H. Maghrabi

Adam C. Wit (#06230538)
Syeda H. Maghrabi (#6290109)
LITTLER MENDELSON
A Professional Corporation
200 N. LaSalle Street, Suite 2900
Chicago, IL  60601
312.372.5520
Firm I.D. 34950

Dated: February 1, 2008

-2-

## CERTIFICATE OF SERVICE

    I, Syeda H. Maghrabi, an attorney, certify that on February 1, 2008, I electronically filed **Defendant's Notice of Motion** using the Court's CM/ECF system, and served via U.S. Mail, return receipt requested, a copy of this Notice of Motion to the following party:

        Roger L. Riley
        P.O. Box 1231
        Streamwood, IL 60107


        /s/Syeda H. Maghrabi

Firmwide:84190741.1 058012.1002