IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ROGER L. RILEY,<br><br>    Plaintiff,<br><br>v.<br><br>U.S. REMODELERS, INC. (incorrectly named as U.S. Home Systems d/b/a U.S. Home Remodelers),<br><br>    Defendant. | No.  08 C 0609<br><br>Judge Matthew F. Kennelly<br>Magistrate Judge Arlander Keys |

### DEFENDANT'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT

Defendant U.S. Remodelers, Inc., (incorrectly named as U.S. Home Systems d/b/a U.S. Home Remodelers) (hereinafter "Defendant" or "U.S. Remodelers"), by and through its attorneys, hereby moves the Court to dismiss Plaintiff Roger L. Riley's (hereinafter "Plaintiff" or "Riley") Complaint pursuant to Rules 12(b)(1) and 12(b)(6) of the Federal Rules of Civil Procedure.  In support of this Motion, Defendant states as follows:

1. On or about August 27, 2007, Plaintiff began his employment with U.S. Remodelers.

2. Less than one (1) month after the start of his employment, on or about September 26, 2007, Plaintiff filed a Charge, Case No. 2008 CA 0744 ("Charge I") (attached as Exhibit 1 to Defendant's Memorandum in Support of Its Motion to Dismiss), with the Illinois Department of Human Rights ("IDHR") alleging harassment and unequal terms and conditions of employment based on Plaintiff's race, gender, and age.

3. Shortly after he filed Charge I, on or about November 5, 2007, Plaintiff filed a second Charge, Case No. 2008 CA 1138 ("Charge II") (attached as Exhibit 2 to Defendant's

-2-

Memorandum in Support of Its Motion to Dismiss), with the IDHR alleging harassment and disciplinary action based on his race, gender, and age, and retaliation for filing Charge I.

4. Finally, on or about December 18, 2007, Plaintiff filed a third Charge, Case No. 2008 CA 1550 ("Charge III") (attached as Exhibit 3 to Defendant's Memorandum in Support of Its Motion to Dismiss), with the IDHR alleging that his November 16, 2007 discharge for poor job performance was in retaliation for filing Charges I and II.

5. Charges I, II, and III are all currently pending investigations with the IDHR.

6. Subsequent to filing his three Charges with the IDHR, on or about December 28, 2007, Plaintiff filed a civil action in the Circuit Court of Cook County, Illinois County Department, alleging, in part, that he was terminated in retaliation for refusing to withdraw his discrimination charge. (Complaint ¶ 15). This claim is identical to allegation in Charge III.

7. On January 28, 2008, Defendant removed Plaintiff's civil action to the Northern District of Illinois, Eastern Division, pursuant to 28 U.S.C. §§ 1332 and 1441 and Local Rule 81(c) of the Local Rules of the United States District Court for the Northern District of Illinois.

8. Defendant moves this Court to dismiss this action pursuant to Rule 12(b)(1) of the Federal Rules of Civil Procedure for the Court lacks subject matter jurisdiction, on the basis that Plaintiff's Complaint is preempted by the Illinois Human Rights Act ("IHRA"), 775 ILCS 5/1-101 *et. seq*. (2007). The IHRA deprives courts of jurisdiction over claims that constitute civil rights violations. 775 ILCS 5/8-111(C) (2007). Thus, the Illinois circuit court never had proper jurisdiction to hear this case.

9. Additionally, Defendant moves this Court to dismiss this action pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure for Plaintiff's Complaint fails to state a claim

upon which relief may be granted. As Plaintiff's Complaint is barred by the IHRA, Plaintiff has no claim for relief.

10. Facts, arguments, and authority in support of Defendant's instant Motion to Dismiss are set forth in Defendant's Memorandum in Support of Its Motion to Dismiss. Defendant's Memorandum, which is being filed simultaneously with this Motion to Dismiss, is incorporated herein by reference.

WHEREFORE, Defendant respectfully requests that this Court grant Defendant's Motion to Dismiss and dismiss Plaintiff's Complaint with prejudice in its entirety, and award to Defendant all such other relief as this Court deems necessary and appropriate.

Respectfully Submitted,

s/Syeda H. Maghrabi
Syeda H. Maghrabi

Adam C. Wit (#06230538)
Syeda H. Maghrabi (#6290109)
LITTLER MENDELSON
A Professional Corporation
200 N. LaSalle Street
Suite 2900
Chicago, IL  60601
312.372.5520
Firm I.D. 34950

Dated: February 1, 2008

-4-

## **CERTIFICATE OF SERVICE**

    I, Syeda H. Maghrabi, an attorney, certify that on February 1, 2008, I electronically filed **Defendant's Motion to Dismiss Plaintiff's Complaint** using the Court's CM/ECF system, and served via U.S. Mail, return receipt requested, a copy of this Motion to Dismiss to the following party:

        Roger L. Riley
        P.O. Box 1231
        Streamwood, IL 60107


                              /s/Syeda H. Maghrabi

Firmwide:84191712.1 058012.1002