# EXHIBIT 3

| CHARGE OF DISCRIMINATION<br>This form is affected by the Privacy Act of 1974: See Privacy act statement before completing this form.<br>#08W1218.05 | AGENCY<br>☒ IDHR<br>☐ EEOC | CHARGE NUMBER<br>2008CF1550 |
|---|---|---|

**Illinois Department of Human Rights and EEOC**

| NAME (indicate Mr. Ms. Mrs.)<br>Roger L. Riley | HOME TELEPHONE (include area code)<br>(312) 479-2245 | |
|---|---|---|
| STREET ADDRESS<br>P. O. Box 1231 | CITY, STATE AND ZIP CODE<br>Streamwood, IL  60107 | DATE OF BIRTH |

NAMED IS THE EMPLOYER, LABOR ORGANIZATION, EMPLOYMENT AGENCY, APPRENTICESHIP COMMITTEE, STATE OR LOCAL GOVERNMENT AGENCY WHO DISCRIMINATED AGAINST ME (IF MORE THAN ONE LIST BELOW)

| NAME<br>U. S. Home Systems, Incorporated | NUMBER OF EMPLOYEES, MEMBERS 15+ | TELEPHONE (Include area code)<br>(847) 758-2310 |
|---|---|---|
| STREET ADDRESS<br>1884 S. Elmhurst Road | CITY, STATE AND ZIP CODE<br>Mt. Prospect, IL  60048 | COUNTY<br>Cook |

| CAUSE OF DISCRIMINATION BASED ON:<br>RETALIATION | DATE OF DISCRIMINATION<br>EARLIEST (ADEA/EPA)  LATEST (ALL)<br>11/19/2007<br>☐ CONTINUING ACTION |
|---|---|

THE PARTICULARS ARE (if additional space is needed attach extra sheets)

I.   A.   ISSUE/BASIS

DISCHARGE – NOVEMBER 19, 2007, IN RETALIATION FOR FILING CHARGE NUMBER 2008CA0744 AND 2008CA1138 WITH THE ILLINOIS DEPARTMENT OF HUMAN RIGHTS OPPOSING UNLAWFUL DISCRIMINATION BASED ON MY RACE, AGE, SEX, AND RETALIATION

B.   PRIMA FACIE ALLEGATIONS

1.   On September 26, 2007 and again on November 5, 2007, I engaged in a protected activity with the Illinois Department of Human Rights when I filed two unlawful discrimination charges opposing that which I reasonably and in good faith believed to be unlawful discrimination based on my race, age, sex and in retaliation.

Continued...

| I also want this charge filed with the EEOC. I will advise the agencies if I change my address or telephone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | SUBSCRIBED AND SWORN TO BEFORE ME THIS 18th DAY OF December, 2007<br><br>NOTARY SIGNATURE |
|---|---|
| OFFICIAL SEAL<br>KRYSTAL ROGERS<br>NOTARY PUBLIC - STATE OF ILLINOIS<br>MY COMMISSION EXPIRES:11/16/10<br>NOTARY SEAL | X _____  12-18-2007<br>SIGNATURE OF COMPLAINANT    DATE<br>I declare under penalty that the foregoing is true and correct I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief |

FORM 5 (5/05)

Complainant: Charles Newson
Charge Number: 2008CF1550
Page 2.

  2. On November 2, 2007, David Gross, Vice President of Human Resources, presented me with an offer to withdraw charge number 2008CA0744. I refused to accept Gross's offer of settlement and on November 5, 2007, I filed charge number 2008CA1138 against Respondent instead.

  3. On November 19, 2007, Gross discharged me. The reason Gross gave for discharging me was poor job performance and conduct deficiencies.

  4. My discharge followed my protected activity within such a period of time as to raise an inference of retaliatory motivation.

MEE/JJT