# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Matthew F. Kennelly | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 609 | **DATE** | 4/8/2008 |
| **CASE TITLE** | Riley vs. US Home Systems | | |

**DOCKET ENTRY TEXT**

Defendant's motion to dismiss [docket no. 8] is denied, as more fully explained in open court, based on plaintiff's statement that in his complaint, which was filed in state court, he did not intend to sue for retaliation for filing a charge before the IDHR, but rather only for common law wrongful termination and denial of wages / commissions. The Court finds, based on plaintiff's contention regarding his annual wages and the fact that he is still unemployed, that the amount-in-controversy requirement for diversity jurisdiction has been met. Plaintiff's motion for appointment of counsel and the setting of a status hearing will be dealt with by separate order.

Docketing to mail notices.

| | Courtroom Deputy Initials: | mk |
|---|---|---|