Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Matthew F. Kennelly | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 609 | **DATE** | 4/8/2008 |
| **CASE TITLE** | Roger Riley vs. U. S. Home Systems | | |

**DOCKET ENTRY TEXT**

Status hearing held and continued to 5/20/2008 at 9:30 AM.  Motion for appointment of counsel is granted. Bettina Getz, of  Mayer Brown Rowe and Maw, 190 S. LaSalle, Chicago, IL 60603, 312/701-7308, is appointed as counsel for plaintiff.

Docketing to mail notices.

00:10

| | Courtroom Deputy Initials: | OR |
|---|---|---|