## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| | |
|---|---|
| In the Matter of<br>Roger L. Riley<br>v.<br>U.S. Remodelers, Inc. (Incorrectly named as U.S. Home Systems d/b/a U.S. Home Remodelers) | Case Number: 08 C 609 |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Roger L. Riley

| |
|---|
| NAME (Type or print)<br>Bettina Getz |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>s/ Bettina Getz |
| FIRM<br>Mayer Brown LLP |
| STREET ADDRESS<br>71 S. Wacker Dr. |
| CITY/STATE/ZIP<br>Chicago, IL 60606 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>6182778 | TELEPHONE NUMBER<br>(312) 701-7308 |
|---|---|

| | | | | |
|---|---|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES | ⊠ | NO | ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES | ☐ | NO | ⊠ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES | ⊠ | NO | ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES | ⊠ | NO | ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐        APPOINTED COUNSEL ☐