# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3
### Eastern Division

Roger Riley

                      Plaintiff,

v.                                        Case No.: 1:08−cv−00609
                                        Honorable Matthew F. Kennelly

U.S. Home Systems

                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, May 29, 2008:

    MINUTE entry before the Honorable Matthew F. Kennelly:Plaintiff's motions for leave to proceed in forma pauperis [14] and to appoint counsel [15] are granted. (see minute entry dated 4/8/2008 document # 13)Mailed notice(jms, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.