## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Matthew F. Kennelly | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 609 | **DATE** | 7/1/2008 |
| **CASE TITLE** | Riley vs. U.S. Home Systems | | |

**DOCKET ENTRY TEXT**

Status hearing held and continued to 8/13/2008 at 9:00 AM.  Plaintiff has leave of court to file amended complaint by 7/15/2008.  26(a)(1) disclosures are due 7/29/2008.

Docketing to mail notices.

00:05

| | Courtroom Deputy Initials: | OR |
|---|---|---|