# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| ROGER L. RILEY, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 08 CV 609 |
| | ) | |
| v. | ) | Judge Matthew F. Kennelly |
| | ) | |
| U.S. REMODELERS, INC. (incorrectly named as U.S. Home Systems d/b/a U.S. Home Remodelers), | ) ) ) | Magistrate Judge Arlander Keys |
| | ) | |
| Defendant. | ) | |

### MOTION FOR EXTENSION OF TIME TO AMEND COMPLAINT

Appointed counsel for Plaintiff Roger L. Riley ("Mr. Riley"), pursuant to Federal Rule of Civil Procedure 6(b), respectfully request this Court enter an Order extending the time in which Mr. Riley has to amend his complaint up to and including July 30, 2008.

1. On July 1, 2008, appointed counsel requested leave to file an amended complaint on Mr. Riley's behalf. The Court granted leave to file an amended complaint by July 15, 2008.

2. Appointed counsel have drafted an amended complaint and sent it to Mr. Riley for review. However, appointed counsel have been unable to meet with Mr. Riley to discuss any comments he may have to the drafted amended complaint.

3. Appointed counsel for Mr. Riley therefore request an extension of time for Mr. Riley to file an amended complaint up to and including July 30, 2008 to provide Mr. Riley time to review the amended complaint with his appointed counsel.

4. No parties will be prejudiced by the granting of this Motion and this Motion is not filed to unduly delay the proceedings.

WHEREFORE, appointed counsel for Plaintiff, Roger L. Riley, respectfully request this Court enter an Order extending the time in which Plaintiff has to file an amended complaint up to and including July 30, 2008.

Dated:  July 15, 2008

Respectfully submitted,
Appointed Counsel for
Roger L. Riley


By: /s/ Catherine L. Doyle_____
Bettina Getz
Catherine L. Doyle
Mayer Brown LLP
71 S. Wacker Drive
Chicago, IL 60606
bgetz@mayerbrown.com
cdoyle@mayerbrown.com
(312) 706-0600 (t)
(312) 701-7711 (f)

*Attorneys for Plaintiff*
*Roger L. Riley*