## CERTIFICATE OF SERVICE

      I, Catherine L. Doyle, an attorney, hereby certify that on July 15, 2008, I caused a true and correct copy of the foregoing **NOTICE OF MOTION** and **MOTION FOR EXTENSION OF TIME TO AMEND COMPLAINT** to be filed and served electronically via the court's ECF system. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's ECF System. Notice of this filing is also be sent by U.S. Mail, postage pre-paid, to:

        Mr. Roger Riley
        1969 Fountaingrass Court
        Bartlett, IL  60103


                                            /s/  Catherine L. Doyle