IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ROGER L. RILEY,<br><br>        Plaintiff,<br><br>v.<br><br>U.S. REMODELERS, INC. (incorrectly named as U.S. Home Systems d/b/a/ U.S. Home Remodelers),<br><br>        Defendant. | Case No. 08-CV-609<br><br>Judge Matthew F. Kennelly<br>Magistrate Judge Keys |

## NOTICE OF MOTION

**TO:**  Roger L. Riley  
1969 Fountaingrass Court  
Bartlett, IL 60103

Adam C. Wit  
Syeda H. Maghrabi  
Littler Mendelson  
200 N. LaSalle Street  
Suite 2900  
Chicago, IL 60601

      PLEASE TAKE NOTICE that on Wednesday, July 23, 2008, at 9:30 a.m., in Room 2103, or as soon thereafter as counsel may be heard, we shall appear before the Honorable Judge Matthew F. Kennelly, or any Judge presiding in that courtroom in the United States District Court for the Northern District of Illinois, and shall then and there present appointed counsel for Plaintiff Roger L. Riley's **MOTION FOR EXTENSION OF TIME TO AMEND COMPLAINT**, a copy of which is attached hereto and hereby served upon you.

Dated:  July 15, 2008  Respectfully submitted,
Appointed Counsel for
Roger L. Riley


By: /s/ Catherine L. Doyle_____
Bettina Getz
Catherine L. Doyle
Mayer Brown LLP
71 S. Wacker Drive
Chicago, IL 60606
bgetz@mayerbrown.com
cdoyle@mayerbrown.com
(312) 706-0600 (t)
(312) 701-7711 (f)

*Attorneys for Plaintiff*
*Roger L. Riley*