# EXHIBIT A

Case 1:08-cv-00609  Document 25-2  Filed 07/24/2008  Page 1 of 6

| CHARGE OF DISCRIMINATION<br>This form is affected by the Privacy Act of 1974: See Privacy act statement before completing this form.<br>#08W0925-07 | AGENCY<br>☒ IDHR<br>☐ EEOC | CHARGE NUMBER<br>2008CA0744 |
|---|---|---|

Illinois Department of Human Rights and EEOC

| NAME (indicate Mr. Ms. Mrs.)<br>Mr. Roger L. Riley | HOME TELEPHONE (include area code)<br>(630) 965-1672 | |
|---|---|---|
| STREET ADDRESS<br>P.O. Box 1231 | CITY, STATE AND ZIP CODE<br>Streamwood, Illinois 60107 | DATE OF BIRTH<br>11/29/61 |

NAMED IS THE EMPLOYER, LABOR ORGANIZATION, EMPLOYMENT AGENCY, APPRENTICESHIP COMMITTEE, STATE OR LOCAL GOVERNMENT AGENCY WHO DISCRIMINATED AGAINST ME (IF MORE THAN ONE LIST BELOW)

| NAME<br>U.S. Home Systems, Incorporated | NUMBER OF EMPLOYEES, MEMBERS 15+ | TELEPHONE (Include area code)<br>(847) 758-2310 | |
|---|---|---|---|
| STREET ADDRESS<br>1884 S. Elmhurst Road | CITY, STATE AND ZIP CODE<br>Mt. Prospect, Illinois 60048 | | COUNTY<br>Cook (031) |

| CAUSE OF DISCRIMINATION BASED ON:<br>Race        Age        Sex | DATE OF DISCRIMINATION<br>EARLIEST (ADEA/EPA)   LATEST (ALL)<br>                              09/21/07<br>☐ CONTINUING ACTION |
|---|---|

THE PARTICULARS ARE (if additional space is needed attach extra sheets)

I.  A.  ISSUE/BASIS

   HARASSMENT, BEGINNING ON OR ABOUT SEPTEMBER 13, 2007 AND CONTINUING THROUGH SEPTEMBER 17, 2007, BECAUSE OF MY RACE, BLACK.

   B.  PRIMA FACIE ALLEGATIONS

   1. My race is black.

   2. I have satisfactorily performed my duties as a Sales Representative and have been employed with Respondent since August 18, 2007.

(Continued)

---

I also want this charge filed with the EEOC. I will advise the agencies if I change my address or telephone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

SUBSCRIBED AND SWORN TO BEFORE ME THIS 26th DAY OF September, 2007

_[signature]_
NOTARY SIGNATURE

"OFFICIAL SEAL"
JACQUELYN TURNER HAMB
Notary Public, State of Illinois
My Commission Expires 9/21/09

NOTARY SEAL

X _[signature]_ Roger Riley   9-26-07
SIGNATURE OF COMPLAINANT     DATE

I declare under penalty that the foregoing is true and correct I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief

FORM 5 (5/05)

Complainant:      Roger L. Riley
Charge Number:    2008CA0744
Page 2

3. Beginning on or about September 13, 2007 and continuing through September 17, 2007, I have been verbally harassed in Respondent's workplace by Mark Allen (white), Respondent's Measurement Man. During this period of time Allen has verbally harassed me by making racially based, harassing statements while I was conducting sales appointments in the homes of prospective clients. No documentation was received from Allen, or any other member of Respondent's management which validates the reason for the harassing activity being received from Allen, and during this time, I did not engage in any acts of willful misconduct which merited being harassed in the workplace by Allen.

4. I believe that there have been other similarly situated, non-black sales representatives, such as Linda Burdick and others, that have levels of work performance which is similar to mine but they have not been harassed in Respondent's workplace in the manner in which I have been.

II. A.   ISSUE/BASIS

HARASSMENT, BEGINNING ON OR ABOUT SEPTEMBER 13, 2007 AND CONTINUING THROUGH SEPTEMBER 17, 2007, BECAUSE OF MY AGE, 45.

B.   PRIMA FACIE ALLEGATIONS

1. I am 45 years of age.

2. I have satisfactorily performed my duties as a Sales Representative and have been employed with Respondent since August 18, 2007.

3. Beginning on or about September 13, 2007 and continuing through September 17, 2007, I have been verbally harassed in Respondent's workplace by Mark Allen (30), Respondent's Measurement Man. During this period of time Allen has verbally harassed me by making racially based, harassing statements while I was conducting sales appointments in the homes of prospective clients. No documentation was received from Allen, or any other member of Respondent's management which validates the reason for the harassing activity being received from Allen, and during this time, I did not engage in any acts of willful misconduct which merited being harassed in the workplace by Allen.

(Continued)

Complainant:     Roger L. Riley
Charge Number:   2008CA0744
Page 3

    4. I believe that there have been other similarly situated, female sales representatives, such as Linda Burdick and others, that have levels of work performance which is similar to mine but they have not been harassed in Respondent's workplace in the manner in which I have been.

III. A. ISSUE/BASIS

HARASSMENT, BEGINNING ON OR ABOUT SEPTEMBER 13, 2007 AND CONTINUING THROUGH SEPTEMBER 17, 2007, BECAUSE OF MY SEX, MALE.

B. PRIMA FACIE ALLEGATIONS

1. My sex is male.

2. I have satisfactorily performed my duties as a Sales Representative and have been employed with Respondent since August 18, 2007.

3. Beginning on or about September 13, 2007 and continuing through September 17, 2007, I have been verbally harassed in Respondent's workplace by Mark Allen (male), Respondent's Measurement Man. During this period of time Allen has verbally harassed me by making racially based, harassing statements while I was conducting sales appointments in the homes of prospective clients. No documentation was received from Allen, or any other member of Respondent's management which validates the reason for the harassing activity being received from Allen, and during this time, I did not engage in any acts of willful misconduct which merited being harassed in the workplace by Allen.

4. I believe that there have been other similarly situated, female sales representatives, such as Linda Burdick and others, that have levels of work performance which is similar to mine but they have not been harassed in Respondent's workplace in the manner in which I have been.

IV. A. ISSUE/BASIS

UNEQUAL TERMS AND CONDITIONS OF EMPLOYMENT, ON OR ABOUT SEPTEMBER 24, 2007, BECAUSE OF MY RACE, BLACK.

B. PRIMA FACIE ALLEGATIONS

1. My race is black.

(Continued)

Complainant:      Roger L. Riley
Charge Number:    2008CA0744
Page 4

    2. I have satisfactorily performed my duties as a Sales Representative and have been employed with Respondent since August 18, 2007.

    3. On or about September 24, 2007, I experienced an unequal terms Curtis situation when I was denied my wages by (last name unknown; white), Respondent's Sales Manager. Curtis stated that I would not be receiving any of the wages and commissions which I was entitled to because the corporate office had to oversee the job before I receive any pay. Although I live in the northwestern suburbs, I am sent to the south side of Chicago and the southern suburbs of Illinois to write up sales, while non-blacks are allowed to remain in the northwestern suburbs to work. No documentation was received from Curtis, or any other member of Respondent's management which validated Respondent's reason for the unequal terms and conditions. During this period of time, I did not engage in any acts of willful misconduct which merited the unequal pay issue.

    4. I believe that there have been other similarly situated, non-black sales representatives, such as Linda Burdick and others that have levels of work performance, which is similar to mine, but they have not experienced an unequal terms and conditions from the Respondent.

V.   A.   ISSUE/BASIS

UNEQUAL TERMS AND CONDITIONS OF EMPLOYMENT, ON OR ABOUT SEPTEMBER 24, 2007, BECAUSE OF MY AGE, 45.

   B.   PRIMA FACIE ALLEGATIONS

    1. I am 45 years of age.

    2. I have satisfactorily performed my duties as a Sales Representative, and have been employed with Respondent since August 18, 2007.

    3. On or about September 24, 2007, I experienced an unequal terms Curtis situation when I was denied my wages by (last name unknown; white), Respondent's Sales Manager. Curtis stated that I would not be receiving any of the wages and commissions which I was entitled to because the corporate office had to oversee the job before I receive any pay. Although I live in the northwestern suburbs, I am sent to the south side of Chicago and the southern suburbs of Illinois to write up sales, while non-blacks are allowed to remain in the northwestern suburbs to work. No documentation was received from Curtis, or any other member of Respondent's management which validated Respondent's reason for the unequal terms and conditions. During this period of time, I did not engage in any acts of willful misconduct which merited the unequal pay issue.

(Continued)

Complainant:      Roger L. Riley
Charge Number:    2008CA0744
Page 5

    4. I believe that there have been other, similarly situated, younger sales representatives, such as Linda Burdick and others, that have levels of work performance which is similar to mine, but they have not experienced an unequal terms and conditions from the Respondent as I have.

## VI.

**A. ISSUE/BASIS**

UNEQUAL PAY, ON OR ABOUT SEPTEMBER 24, 2007, BECAUSE OF MY SEX, MALE.

**B. PRIMA FACIE ALLEGATIONS**

1. My sex is male.

2. I have satisfactorily performed my duties as a Sales Representative, and have been employed with Respondent since August 18, 2007.

3. On or about September 24, 2007, I experienced an unequal terms Curtis situation when I was denied my wages by (last name unknown; white), Respondent's Sales Manager. Curtis stated that I would not be receiving any of the wages and commissions which I was entitled to because the corporate office had to oversee the job before I receive any pay. Although I live in the northwestern suburbs, I am sent to the south side of Chicago and the southern suburbs of Illinois to write up sales, while non-blacks are allowed to remain in the northwestern suburbs to work. No documentation was received from Curtis, or any other member of Respondent's management which validated Respondent's reason for the unequal terms and conditions. During this period of time, I did not engage in any acts of willful misconduct which merited the unequal pay issue.

4. I believe that there have been other similarly situated, female sales representatives, such as Linda Burdick and others, that have levels of work performance which is similar to mine but they have not experienced an unequal terms and conditions from the Respondent as I have.

ACF/JJT/RCG