# EXHIBIT B

Case 1:08-cv-00609   Document 25-3   Filed 07/24/2008   Page 1 of 8

| CHARGE OF DISCRIMINATION<br>This form is affected by the Privacy Act of 1974: See Privacy act statement before completing this form.<br>#08W1105-10 | AGENCY<br>☒ IDHR<br>☐ EEOC | CHARGE NUMBER<br>2008CA1138 |
|---|---|---|

**Illinois Department of Human Rights and EEOC**

| NAME (indicate Mr. Ms. Mrs.)<br>Mr. Roger L. Riley | HOME TELEPHONE (include area code)<br>(630) 965-1672 | |
|---|---|---|
| STREET ADDRESS<br>P.O. Box 1231 | CITY, STATE AND ZIP CODE<br>Streamwood, Illinois 60107 | DATE OF BIRTH<br>11/29/61 |

NAMED IS THE EMPLOYER, LABOR ORGANIZATION, EMPLOYMENT AGENCY, APPRENTICESHIP COMMITTEE, STATE OR LOCAL GOVERNMENT AGENCY WHO DISCRIMINATED AGAINST ME (IF MORE THAN ONE LIST BELOW)

| NAME<br>U.S. Home Systems, Incorporated | NUMBER OF EMPLOYEES,<br>MEMBERS 15+ | TELEPHONE (Include area code)<br>(847) 758-2310 |
|---|---|---|
| STREET ADDRESS<br>1884 S. Elmhurst Road | CITY, STATE AND ZIP CODE<br>Mt. Prospect, Illinois 60048 | COUNTY<br>Cook (031) |

| CAUSE OF DISCRIMINATION BASED ON:<br>Race   Age   Sex   Retaliation | DATE OF DISCRIMINATION<br>EARLIEST (ADEA/EPA)  LATEST (ALL)<br>10/12/07<br>☐ CONTINUING ACTION |
|---|---|

THE PARTICULARS ARE (if additional space is needed attach extra sheets)

I.    A.    ISSUE/BASIS

HARASSMENT, BEGINNING ON OR ABOUT OCTOBER 10, 2007 AND CONTINUING THROUGH NOVEMBER 4, 2007, BECAUSE OF MY RACE, BLACK.

     B.    PRIMA FACIE ALLEGATIONS

         1.   My race is black.

         2.   I have satisfactorily performed my duties as a Sales Representative, and have been employed with Respondent since August 18, 2007.

(Continued)

---

I also want this charge filed with the EEOC. I will advise the agencies if I change my address or telephone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

SUBSCRIBED AND SWORN TO BEFORE ME THIS _5_ DAY OF _November_, 2007

NOTARY SIGNATURE

"OFFICIAL SEAL"
JACQUELYN TURNER HAMB
Notary Public, State of Illinois
My Commission Expires 9/21/09
NOTARY SEAL

X _[signature]_ 11-05-07
SIGNATURE OF COMPLAINANT    DATE

I declare under penalty that the foregoing is true and correct I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief

FORM 5 (5/05)

Complainant:     Roger L. Riley
Charge Number:   2008CF1138
Page 2

3. Beginning on or about October 10, 2007 and continuing through November 4, 2007, I have been harassed in Respondent's workplace by David Gross (white), Respondent's Vice-President. During this period of time, Gross has harassed me by directing subordinate managers to issue disciplinary reprimands which are unjustified and without reason; by having me reassigned to training; having my commission rate altered; and engaging in other numerous activities which I perceive as being harassing and unprofessional. I have not engaged in any activities which would be perceived as acts of willful misconduct which have merited the harassing activity received from Gross. Respondent's actions have created a work environment that has become hostile, egregious, outrageous and offensive, and affects my ability to perform the essential duties of my job.

4. I believe that there have been other, similarly situated, non-black sales representatives, such as Linda Burdick and others, that have levels of work performance and seniority similar to mine, that are not being harassed in Respondent's workplace by Respondent's managerial staff as I am.

II. A. ISSUE/BASIS

HARASSMENT, BEGINNING ON OR ABOUT OCTOBER 10, 2007 AND CONTINUING THROUGH NOVEMBER 4, 2007, BECAUSE OF MY AGE, 45.

B. PRIMA FACIE ALLEGATIONS

1. I am 45 years of age.

2. I have satisfactorily performed my duties as a Sales Representative, and have been employed with Respondent since August 18, 2007.

3. Beginning on or about October 10, 2007 and continuing through November 4, 2007, I have been harassed in Respondent's workplace by David Gross (age unknown), Respondent's Vice-President. During this period of time, Gross has harassed me by directing subordinate managers to issue disciplinary reprimands which are unjustified and without

(Continued)

Complainant:     Roger L. Riley
Charge Number:   2008CF1138
Page 3

>   reason; by having me reassigned to training; having my commission rate altered; and engaging in other numerous activities which I perceive as being harassing and unprofessional. I have not engaged in any activities which would be perceived as acts of willful misconduct which have merited the harassing activity received from Gross. Respondent's actions have created a work environment that has become hostile, egregious, outrageous and offensive, and affects my ability to perform the essential duties of my job.
>
> 4. I believe that there have been other, similarly situated, younger sales representatives, such as Linda Burdick and others, that have levels of work performance and seniority similar to mine, that are not being harassed in Respondent's workplace by Respondent's managerial staff as I am.

III.  A.  ISSUE/BASIS

>   HARASSMENT, BEGINNING ON OR ABOUT OCTOBER 10, 2007 AND CONTINUING THROUGH NOVEMBER 4, 2007, BECAUSE OF MY SEX, MALE.

  B.  PRIMA FACIE ALLEGATIONS

> 1. My sex is male.
>
> 2. I have satisfactorily performed my duties as a Sales Representative, and have been employed with Respondent since August 18, 2007.
>
> 3. Beginning on or about October 10, 2007 and continuing through November 4, 2007, I have been harassed in Respondent's workplace by David Gross (male), Respondent's Vice-President. During this period of time, Gross has harassed me by directing subordinate managers to issue disciplinary reprimands which are unjustified and without reason; by having me reassigned to training; having my commission rate altered; and engaging in other numerous activities which I perceive as being harassing and unprofessional. I have not engaged in any activities which would be perceived as acts of willful misconduct which have merited the harassing activity received from Gross. Respondent's actions have created a work environment that has become hostile, egregious, outrageous and offensive, and affects my ability to perform the essential duties of my job.

(Continued)

Complainant:     Roger L. Riley
Charge Number:   2008CF1138
Page 4

    4. I believe that there have been other, similarly situated, female sales representatives, such as Linda Burdick and others, that have levels of work performance and seniority similar to mine, that are not being harassed in Respondent's workplace by Respondent's managerial staff as I am.

IV.   A.   ISSUE/BASIS

HARASSMENT, BEGINNING ON OR ABOUT OCTOBER 10, 2007 AND CONTINUING THROUGH NOVEMBER 4, 2007, IN RETALIATION FOR HAVING FILED A PREVIOUS CHARGE OF RACIAL DISCRIMINATION.

    B.   PRIMA FACIE ALLEGATIONS

1. On or about September 26, 2007, I engaged in a protected activity when I filed charge number 2008CA0744 against the Respondent for racial discrimination with the Department of Human Rights.

2. Beginning on or about October 10, 2007 and continuing through November 4, 2007, I have been harassed in Respondent's workplace by David Gross, Respondent's Vice-President. During this period of time, Gross has harassed me by directing subordinate managers to issue disciplinary reprimands which are unjustified and without reason; by having me reassigned to training; having my commission rate altered; and engaging in other numerous activities which I perceive as being harassing and unprofessional. I have not engaged in any activities which would be perceived as acts of willful misconduct which have merited the harassing activity received from Gross. Respondent's actions have created a work environment that has become hostile, egregious, outrageous and offensive, and affects my ability to perform the essential duties of my job.

3. Respondent's adverse actions has followed my protected activity within such a period of time as to raise an inference of retaliatory motivation.

V.   A.   ISSUE/BASIS

WRITTEN DISCIPLINARY WARNING, ON OR ABOUT OCTOBER 25, 2007, BECAUSE OF MY RACE, BLACK.

(Continued)

Complainant:      Roger L. Riley
Charge Number:    2008CF1138
Page 5

    B.   PRIMA FACIE ALLEGATIONS

        1. My race is black.

        2. I have satisfactorily performed my duties as a Sales Representative, and have been employed with Respondent since August 18, 2007.

        3. On or about October 25, 2007, I was issued a written disciplinary warning from Jon Gilge (white), Respondent's Sales Manager. Gilge's documentation states that I was being issued a final written warning allegedly for poor work performance and inappropriate behavior and conduct in Respondent's workplace. I did not engage in any activities which would be perceived as acts of willful misconduct which merited the receipt of any written disciplinary warning.

        4. I believe that there have been other, similarly situated, non-black sales representatives, such as Linda Burdick and others, that have levels of work performance and seniority similar to mine, that have not been issued any written disciplinary warning for their behavior and work performance as I was.

VI.  A.   ISSUE/BASIS

WRITTEN DISCIPLINARY WARNING, ON OR ABOUT OCTOBER 25, 2007, BECAUSE OF MY AGE, 45.

    B.   PRIMA FACIE ALLEGATIONS

        1. I am 45 years of age.

        2. I have satisfactorily performed my duties as a Sales Representative, and have been employed with Respondent since August 18, 2007.

        3. On or about October 25, 2007, I was issued a written disciplinary warning from Jon Gilge (30's), Respondent's Sales Manager. Gilge's documentation states that I was being issued a final written warning allegedly for poor work performance and inappropriate behavior and conduct in Respondent's workplace. I did not engage in any activities which would be perceived as acts of willful misconduct which merited the receipt of any written disciplinary warning.

(Continued)

Complainant:     Roger L. Riley
Charge Number:   2008CF1138
Page 6

    4. I believe that there have been other, similarly situated, younger sales representatives, such as Linda Burdick and others, that have levels of work performance and seniority similar to mine, that have not been issued any written disciplinary warning for their behavior and work performance as I was.

VII. A. ISSUE/BASIS

**WRITTEN DISCIPLINARY WARNING, ON OR ABOUT OCTOBER 25, 2007, BECAUSE OF MY SEX, MALE.**

  B. PRIMA FACIE ALLEGATIONS

    1. My sex is male.

    2. I have satisfactorily performed my duties as a Sales Representative, and have been employed with Respondent since August 18, 2007.

    3. On or about October 25, 2007, I was issued a written disciplinary warning from Jon Gilge (male), Respondent's Sales Manager. Gilge's documentation states that I was being issued a final written warning allegedly for poor work performance and inappropriate behavior and conduct in Respondent's workplace. I did not engage in any activities which would be perceived as acts of willful misconduct which merited the receipt of any written disciplinary warning.

    4. I believe that there have been other, similarly situated, female sales representatives, such as Linda Burdick and others, that have levels of work performance and seniority similar to mine, that have not been issued any written disciplinary warning for their behavior and work performance as I was.

VIII. A. ISSUE/BASIS

**WRITTEN DISCIPLINARY WARNING, ON OR ABOUT OCTOBER 25, 2007, IN RETALIATION FOR HAVING FILED A PREVIOUS CHARGE OF RACIAL DISCRIMINATION.**

  B. PRIMA FACIE ALLEGATIONS
(Continued)

Complainant:        Roger L. Riley
Charge Number:      2008CF1138
Page 7

1. On or about September 26, 2007, I engaged in a protected activity when I filed charge number 2008CA0744 against the Respondent for racial discrimination with the Department of Human Rights.

2. On or about October 25, 2007, I was issued a written disciplinary warning from Jon Gilge, Respondent's Sales Manager. Gilge's documentation states that I was being issued a final written warning allegedly for poor work performance and inappropriate behavior and conduct in Respondent's workplace. I did not engage in any activities which would be perceived as acts of willful misconduct which merited the receipt of any written disciplinary warning.

3. Respondent's adverse actions has followed my protected activity within such a period of time as to raise an inference of retaliatory motivation.

ACF/JJT/RCG