# EXHIBIT C

**From:** David Gross (dgross@ushomesystems.com)
**To:** kaschmoney777@yahoo.com
**Date:** Monday, November 19, 2007 11:28:21 AM
**Subject:** Failure to Comply With Final Written Warning

Roger:

As we discussed, I tried to reach you Thursday, November 15th to discuss this matter but I was unable to reach you. As you know, on October 26, 2007, you were issued a Final Written Warning as a result of the performance and conduct deficiencies described therein. You were specifically advised in that document, and in subsequent correspondence, that, among other things, as a Sales Representative, you were expected to cover leads and appointments assigned to you, and that you were to attend additional sales training classes, beginning November 5th. You were warned that if you failed to abide by the Company's performance or conduct standards, as described more fully in the Final Written Warning, you would be subject to further discipline, up to and including termination. You were warned again on November 2, 2007 that, among other things, your failure to cover leads assigned to you or attend meetings or the training classes would result in your termination. Since that time, there were several instances in which you either arrived late, left early, or simply did not show up for your scheduled training classes. In short, you have continually refused to correct or improve your conduct problems, despite having been given specific warnings and numerous opportunities to do so. As you did not return my call last Thursday during which I was going to terminate your employment, John Gilge was going to discharge you on Friday morning but you left the office prior to his having the opportunity to do so. Please be advised your employment is terminated effective Friday, November 16, 2007.

Regards,

David Gross