# EXHIBIT D

Case 1:08-cv-00609   Document 25-5   Filed 07/24/2008   Page 2 of 2

Yahoo! Mail - kaschmoney777@yahoo.com                                          Page 1 of 1

**YAHOO! MAIL**                                                        Print - Close Window

Subject: [illegible]
Date: Mon, 19 Nov 2007 17:56:53 -0600
From: "Jon Gilge" <jgilge@ushomesystems.com>
To: [recipient list illegible]

A reminder to everyone that are meeting tomorrow starts at 9:00 sharp.

I look forward to seeing everyone there.

**Jon Gilge**
Chicago Sales Manager
Phone: (800) 986-2195 ext 228
Fax: (847) 758-2316

*"Your thoughts become your reality... so choose the good ones."*