# EXHIBIT E

Case 1:08-cv-00609   Document 25-6   Filed 07/24/2008   Page 2 of 2

Yahoo! Mail - kaschmoney777@yahoo.com                                                              Page 1 of 3

Yahoo!   My Yahoo!   Mail   Tutorials   More      Make Y! your home page   kaschmoney777   Sign Out   All-New Mail   Help

# YAHOO! MAIL Classic

Search: [                    ]  Web Search



| Mail | Contacts | Calendar | Notepad |   Mail For Mobile - Mail Upgrades - Options |

Check Mail | Compose                                     Search Mail | Search the Web

Attractive card for ugly credit

**Folders**  [Add - Edit]
**Inbox (1040)**
Draft
Sent
**Bulk (93)**  [Empty]
Trash  [Empty]

**My Folders**  [Hide]
Jewelry (4)
Jobs (18)
**US HOME SYSTEMS (1)**
national grants

**Search Shortcuts**
My Photos
My Attachments

692 See your credit score - free

Online Degree Programs

Refi is Hot: 30yr. fix mortgage

Working? Online College is Hot

Previous | Next | Back to Messages

Delete | Reply ▼ | Forward ▼ | Spam | Move... ▼

This message is not flagged. [ Flag Message - Mark as Unread ]    Printable View

**Subject:** RE: Failure to Comply With Final Written Warning
**Date:** Tue, 20 Nov 2007 17:45:28 -0600
**From:** "David Gross" <dgross@ushomesystems.com>  Add to Address Book  Add Mobile Alert
**To:** "ROGER RILEY" <kaschmoney777@yahoo.com>

Roger:

I have received your email and must say that it is full of inaccuracies and misrepresentations regarding the facts. Without addressing each such misrepresentation, I would note that the Company has attempted to negotiate a resolution of matters with you in good faith and you have not responded in kind. Your performance problems are an independent issue and your failure to abide by the Company's requests regarding work conduct expectations is what has led to your discharge. Your attempts to misconstrue our discussions regarding a possible resolution of complaints and others issues make it evident that you lack good faith in that regard. Thus, there is nothing to be gained by a continuing dialogue on such matters.

Sincerely,

David

**From:** ROGER RILEY [mailto:kaschmoney777@yahoo.com]
**Sent:** Tuesday, November 20, 2007 12:13 PM
**To:** David Gross
**Cc:** Jon Gilge; Steven Gross
**Subject:** Re: Failure to Comply With Final Written Warning

This message is not flagged. [ Flag Message - Mark as Unread ]
Subject:Meeting reminder
Date:   Mon, 19 Nov 2007 17:56:53 -0600