**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| **ROGER L. RILEY,**<br><br>               Plaintiff,<br><br>    v.<br><br>**U.S. REMODELERS, INC. (incorrectly named as U.S. Home Systems d/b/a U.S. Home Remodelers),**<br><br>             Defendant. | **No.  08 C 0609**<br><br>Judge Matthew F. Kennelly<br>Magistrate Judge Arlander Keys |

**DEFENDANT'S UNOPPOSED MOTION TO EXTEND TIME
TO FILE AN ANSWER OR OTHERWISE PLEAD**

Defendant U.S. Remodelers, Inc., (hereinafter "Defendant" or "U.S. Remodelers"), by and through its attorneys, hereby moves the Court to extend the time to file an Answer or otherwise plead in response to Plaintiff's First Amended Complaint by three weeks, or twenty-one (21) days. In support of its unopposed motion, Defendant states as follows:

1.      On July 1, 2008, the Court granted Plaintiff leave to file his amended complaint by July 15, 2008.  *See* Docket No. 21.

2.      On July 15, 2008, Plaintiff's counsel requested an extension of time to file the amended complaint up to and including July 30, 2008.

3.      On July 23, 2008, the Court granted Plaintiff's Motion for an extension of time to file his amended complaint through July 30, 2008.  *See* Docket No. 24.

4.      On July 24, 2008, Plaintiff filed his First Amended Complaint.  *See* Docket No. 25.

5.      Under Federal Rule of Civil Procedure 15(a)(3), Defendant has ten (10) days to file an Answer or otherwise plead to Plaintiff's First Amended Complaint.  Thus, pursuant to Federal Rule of Civil Procedure 6(a), Defendant has until Thursday, August 7, 2008 to file an Answer or

plead otherwise.

6.     However, a key witness for Defendant, who has personal knowledge of Plaintiff's employment with Defendant, is no longer with Defendant and has been difficult to reach.  It is necessary that Defendant be able to confer with this witness in order to properly address the allegations in Plaintiff's First Amended Complaint.  Accordingly, Defendant is currently in the process of communicating with this witness.

7.     As a result, Defendant now respectfully requests a three-week extension, or twenty-one (21) days, in order to file an Answer or otherwise plead.

8.     Additionally, should the Court grant this Motion, Defendant also respectfully requests the Court to change its Rule 26(a) disclosure deadline from August 12, 2008 to a time reasonably after the date for it to Answer or otherwise plead.  Defendant also cannot fully disclose the names of all knowledgeable witnesses and relevant documents until it has had a chance to speak with the same witness identified above.

9.     Defendant's counsel spoke with Plaintiff's counsel on July 30, 2008 to discuss Defendant's request for an extension of time to file an Answer or otherwise plead, and Plaintiff's counsel has no objection to the extension and does not oppose this Motion.  In addition, Plaintiff's counsel did not object to moving the Rule 26(a) disclosure deadline to after the date for Defendant to Answer or otherwise plead.

10.     No parties will be prejudiced by the granting of this Motion and this Motion is not filed to unduly delay the proceedings.

WHEREFORE, Defendant respectfully requests that this Court grant its Unopposed Motion to Extend Time to File Its Answer or Otherwise Plead by three weeks or twenty-one (21) days.

Respectfully submitted,

/s/ Syeda H. Maghrabi
    Attorney for Defendant

Syeda H. Maghrabi (Attorney I.D. #6290109)
Adam C. Wit (Attorney I.D. #06230538)
LITTLER MENDELSON
A Professional Corporation
200 N. LaSalle Street
Suite 2900
Chicago, IL  60601
312.372.5520
Firm I.D. 34950

Dated: August 4, 2008

<u>**CERTIFICATE OF SERVICE**</u>

I, Syeda H. Maghrabi, an attorney, certify that on August 4, 2008, I electronically filed **Defendant's Unopposed Motion to Extend Time to File an Answer or Otherwise Plead** using the Court's CM/ECF system.  Notification of this filing will be sent electronically from the Clerk of the Court to the following parties of record:

Catherine L. Doyle
Mayer Brown LLP
71 S. Wacker Drive
Chicago, IL 60606

<u>/s/ Syeda H. Maghrabi</u>

Firmwide:86026339.1 058012.1002