IN THE CIRCUIT COURT OF COOK COUNTY
MUNICIPAL DEPARTMENT

| | |
|---|---|
| **Roger L. Riley,**<br><br>        Plaintiff,<br><br>    v.<br><br>**U.S. Redmodelers, Inc. (incorrectly named as U.S. Home Systems d/b/a U.S. Home Remodelers),**<br><br>        Defendant. | **No.  08 C 0609**<br><br>Judge Matthew F. Kennelly<br>Magistrate Judge Arlander Keys |

## NOTICE OF MOTION

To:   Catherine L. Doyle
      Mayer Brown LLP
      71 S. Wacker Drive
      Chicago, IL 60606

    **PLEASE TAKE NOTICE** that on **Wednesday, August 13, 2008 at 9:30 a.m.** or as soon thereafter as counsel may be heard, the undersigned shall appear before the Honorable Judge Kennelly, in Room 2103 of the United States District Court for the Northern District of Illinois, Eastern Division, Chicago, Illinois, and then and there present Defendants' Unopposed Motion to Extend Time To File An Answer or Otherwise Plead.

                                        U.S. REMODELERS, INC.

                                         /s/ Syeda H. Maghrabi
                                              Syeda H. Maghrabi

Syeda H. Maghrabi (Attorney I.D. #6290109)
Adam C. Wit (Attorney I.D. #06230538)
LITTLER MENDELSON
A Professional Corporation
200 N. LaSalle Street
Suite 2900
Chicago, IL  60601
312.372.5520
Firm I.D. 34950

Dated: August 7, 2008

-2-

## CERTIFICATE OF SERVICE

    I, Syeda H. Maghrabi, an attorney, certify that on August 7, 2008, I electronically filed **Defendant's Notice of Motion for Its Motion to Extend Time to File an Answer or Otherwise Plead** using the Court's CM/ECF system.  Notification of this filing will be sent electronically from the Clerk of the Court to the following parties of record:

        Catherine L. Doyle
        Mayer Brown LLP
        71 S. Wacker Drive
        Chicago, IL 60606

        /s/ Syeda H. Maghrabi