## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Matthew F. Kennelly | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 609 | **DATE** | 8/5/2008 |
| **CASE TITLE** | Riley vs. US Home Systems | | |

**DOCKET ENTRY TEXT**

Defendant's motion for extension of time is granted [26]; response to amended complaint is to be filed by 8/28/08. The deadline for Rule 26(a)(1) disclosures is extended to 8/28/08. Status hearing of 8/13/08 is vacated and reset to 8/29/08 at 9:00 a.m., in chambers.

Docketing to mail notices.

| | Courtroom Deputy Initials: | mk |
|---|---|---|