UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.2.2
Eastern Division

Roger Riley
                Plaintiff,

v.                                        Case No.: 1:08−cv−00609
                                                             Honorable Matthew F. Kennelly

U.S. Home Systems
                Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, September 4, 2008:

      MINUTE entry before the Honorable Matthew F. Kennelly:Status hearing pursuant to Rule 16(b) held on 9/4/2008. The parties are directed to exchange settlement proposals prior to the next status date. Status hearing continued to 10/9/2008 at 09:00 AM., with parties by telephone. Deadline for amending pleadings and adding parties is 12/5/2008. All discovery is ordered closed 2/6/2009. The parties do not anticipate using retained experts. (or, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.